IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN WARREN,

    Plaintiff,

vs.                                                              Civ. No. 12-1086 KG/LAM

EMERALD HEALTHCARE SYSTEMS;
EMERALD CORRECTIONAL MANAGEMENT, LLC;
WARDEN ARTHUR ANDERSON;
KAMERIN ST. CLAIRE;
TONI GARRETT; DOCTOR JOHN DOE,

    Defendants.

ORDER OF PARTIAL DISMISSAL

Having granted, in part, Defendants Emerald Correctional Management, LLC, and Warden Arthur Anderson's Opposed Motion to Dismiss Amended Complaint for Failure to State a Claim Upon Which Relief Can be Granted Pursuant to F.R.C.P. 12(b)(6) and Memorandum in Support (Doc. 26) by a Memorandum Opinion and Order entered contemporaneously with this Order of Partial Dismissal,

IT IS ORDERED that Count IV of the Amended Complaint for the Recovery of Damages Caused by the Deprivation of Civil Rights (Doc. 22) is dismissed without prejudice as to Defendant Emerald Correctional Management, LLC and as to Defendant Warden Arthur Anderson in his official capacity.

                                                                         _____
                                                                         UNITED STATES DISTRICT JUDGE