IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JONATHAN WARREN,

        Plaintiff,

v.                          No. CIV-12-01086 MCA/LAM

EMERALD HEALTHCARE SYSTEMS, *et al.*

        Defendants.

### ORDER GRANTING LEAVE TO DEPOSE INMATE

**THIS MATTER** is before the Court upon *Plaintiff's Unopposed Motion to Depose Inmate (Doc. 91)*, filed October 22, 2014. Having considered the motion, record of the case, and relevant law, the Court **FINDS** that the motion is well-taken and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that *Plaintiff's Unopposed Motion to Depose Inmate (Doc. 91)* is **GRANTED** and Plaintiff may depose inmate Aaron Ramos at the Lincoln County Detention Center as long as it does not interfere with his court appointments or currently scheduled medical appointments.

        **IT IS SO ORDERED.**

*/s/ Lourdes A. Martínez*
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**

**SUBMITTED AND APPROVED BY**
*(Prior to the Court's modifications):*

COYTE LAW, P.C.

/s/ Matthew E. Coyte
Matthew E. Coyte
*Attorney for Plaintiff*

201 Third Street NW, Suite1920
Albuquerque, NM 87102
mcoyte@earthlink.net
(505) 244-3030

**APPROVED BY:**

electronically approved 10/20/14
Adam D. Rafkin
Adam D. Rafkin P.C.
PO Box 1912
Ruidoso, NM 88355-1912
adr@rafkinlaw.com
*Attorney for Defendants Emerald Correctional Management, LLC and Warden Arthur Anderson*

electronically approved 10/22/14
Michael Brennan
Brennan & Sullivan PA
128 E de Vargas St
Santa Fe, NM 87501-2702
mike@brennsull.com
*Attorney for Defendant Kamerin St. Claire*

-AND-

electronically approved 10/20/14
Michael S. Jahner
Yenson Allen & Wosick PC
4908 Alameda Blvd NE
Albuquerque, NM 87113-1736
mjahner@ylawfirm.com
*Attorney for Defendants Emerald Healthcare Systems and Toni Garrett*