IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JONATHAN WARREN,

    Plaintiff,

vs.                                        No. CIV-12-01086 KG/LAM

EMERALD HEALTHCARE SYSTEMS;
EMERALD CORRECTIONAL MANAGEMENT, LLC
WARDEN ARTHUR ANDERSON;
KAMERIN ST. CLAIRE;
TONI GARRET; DOCTOR JOHN DOE,

    Defendants.

## ORDER OF DISMISSAL, WITH PREJUDICE

THIS MATTER having come on for consideration on the Joint Motion to Dismiss, with Prejudice submitted by all parties, and the Court, having been informed that all claims, disputes and controversies between Plaintiff and all Defendants have been amicably compromised and settled, that no further reason exists for the continuation of this litigation, that all parties will bear their own attorneys' fees and costs of litigation, and being otherwise fully informed in the premises:

    Finds the Joint Motion well-taken.

    It is, therefore ordered, adjudged and decreed that all of Plaintiff's claims, whether arising under the federal civil rights statutes, tort, contract or other theory of liability are hereby Dismissed, with Prejudice.

It is further order, adjudged and decreed that all parties shall bear their own attorneys' fees and costs of litigation.

_____
UNITED STATE DISTRICT JUDGE

Submitted:

 *Electronic Approval 12/4/14*
Matthew Coyte, Esq.
Coyte Law, P.C.
201 Third Street, Suite 1920
Albuquerque, NM 87102
(505) 244-3030
*Attorney for Plaintiff*

 */s/ Michael W. Brennan*
Michael W. Brennan
Brennan & Sullivan, P.A.
128 East DeVargas
Santa Fe, New Mexico 87501
(505) 995-8514
*Attorneys for Defendant Kamerin St. Claire*

 *Electronic Approval 12/3/14*
Adam D. Rafkin, Esq.
P.O. Box 1912
Ruidoso, NM  88355
(575) 257-0129
*Attorney for Emerald Correctional Management, LLC, and Arthur Anderson*

 *Electronic Approval 12/3/14*
Michael S. Jahner
Yenson, Allen & Wosick, P.C.
4908 Alameda Blvd., NE
Albuquerque, NM  87113
(505) 266-3995
*Attorneys for Defendants Emerald Healthcare Systems and Toni Garrett*

2